IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAMES E. ATCHISON                                    PLAINTIFF

v.                  Civil No. 09-2102

DEPUTY WAGNER, Sebastian
County Adult Detention Center                       DEFENDANT

## **ORDER**

As it appears this case may be resolved on motion for summary judgment, the defendant is directed to file such a motion on or before **June 4, 2010**.

IT IS SO ORDERED this 24th day of March 2010.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE