IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAMES E. ATCHISON                                                    PLAINTIFF

        v.                          Civil No. 09-2102

DEPUTY WAGNER, Sebastian
County Adult Detention Center                                        DEFENDANT

### ORDER

    As it appears this case may be resolved on motion for summary judgment, the defendant

is directed to file such a motion on or before **June 4, 2010.**

    IT IS SO ORDERED this 24th day of March 2010.

/s/ *J. Marschewski*

  HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)