```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

JAMES E. ATCHISON                                           PLAINTIFF

    v.                        No. 09-2102

DEPUTY WAGNER, Sebastian
County Adult Detention Center                               DEFENDANT

### ORDER

Now on this 8th day of March 2011, there comes on for consideration the report and recommendation filed herein on February 10, 2011, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 15). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's motion for summary judgment (Doc. 9) is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                          /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge